Argued and submitted October 25, affirmed November 24, 1999

In the Matter of the Compensation of
George B. Hueth, Claimant.

George B. HUETH,
*Petitioner,*

*v.*

FORT JAMES CORP.,
*Respondent.*

(98-04521; CA A105435)

991 P2d 1067

Robert Pardington argued the cause for petitioner. On the brief were Nicholas M. Sencer and Pozzi Wilson Atchison, LLP.

Jerald P. Keene argued the cause and filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Affirmed. *Wantowski v. Crown Cork & Seal,* 164 Or App 214, 991 P2d 574 (1999).